| | |
|---|---|
| Edwin Aiwazian (SBN 232943)<br>*edwin@calljustice.com*<br>Elizabeth Parker-Fawley (SBN 301592)<br>*elizabeth@calljustice.com*<br>**LAWYERS for JUSTICE, PC**<br>410 West Arden Avenue, Suite 203<br>Glendale, California 91203<br>Telephone (818) 265-1020<br>Facsimile (818) 265-1021 | Graham B. LippSmith (SBN 221984)<br>*g@lippsmith.com*<br>Celene Chan Andrews (SBN 260267)<br>*cca@lippsmith.com*<br>**LIPPSMITH LLP**<br>555 South Flower Street, Suite 3000<br>Los Angeles, California 90071<br>Telephone (213) 344-1820<br>Facsimile (213) 513-2495 |

Attorneys for Plaintiff
SAMUEL TURNER

**PROSKAUER ROSE LLP**
GREGORY W. KNOPP (SBN 237615)
JONATHAN P. SLOWIK (SBN 287635)
LAURA L. VAUGHN (SBN 329470)
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone:  310.557.2900
Facsimile:  310.557.2193

Attorneys for Defendants
LTF CLUB MANAGEMENT CO., LLC
and LIFE TIME FITNESS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TURNER, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>LTF CLUB MANAGEMENT CO., LLC, an unknown business entity; LIFE TIME FITNESS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:20-cv-00046-DAD-JDP<br><br>[Removed from Sacramento Superior Court, Case No. 34-2019-00269609]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: November 21, 2019 |

TO THE CLERK AND THE HONORABLE COURT:

PLEASE TAKE NOTICE, pursuant to Local Rule 160(a), that Plaintiff Samuel Turner ("Plaintiff") and Defendants LTF Club Management Co., LLC and Life Time, Inc. ("Defendants") (collectively, the "Parties") have reached a class action settlement in the above-entitled matter. The Parties are in the process of memorializing the terms of their settlement agreement. Plaintiff anticipates filing a motion for preliminary approval of the settlement in approximately 60 to 90 days.

Dated: October 15, 2024

**PROSKAUER ROSE LLP**
GREGORY W. KNOPP
JONATHAN P. SLOWIK
LAURA L. VAUGHN

By */s/ Gregory W. Knopp*
　　Gregory W. Knopp
　　Attorneys for Defendant
　　LTF CLUB MANAGEMENT, LLC AND
　　LIFETIME, INC.

Dated: October 15, 2024

**LIPPSMITH LLP**
CELENE CHAN ANDREWS
GRAHAM B. LIPPSMITH

By　*/s/ Celene Chan Andrews*
　　Celene Chan Andrews
　　Attorneys for Plaintiff
　　SAMUEL TURNER

**Pursuant to L.R. 131(e), I attest that concurrence in the filing of this document has been obtained from each of the above other signatories.